| | |
|---|---|
| COOLEY GODWARD KRONISH LLP<br>GREGORY C. TENHOFF (154553)<br>ERIC A. KAUFFMAN (224612)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>Telephone:   (650) 843-5000<br>Facsimile:   (650) 849-7400<br><br>Attorneys for Defendant<br>ELECTRIC POWER RESEARCH INSTITUTE | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE OFFICE

C07 05229 PVT

| | |
|---|---|
| GEORGE E. SLITER,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRIC POWER RESEARCH INSTITUTE, a California not-for-profit Corporation, and DOES 1 through 8, inclusive,<br><br>Defendant. | Santa Clara County Superior Court Case No.  107CV089965<br><br>**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**<br><br>Complaint Filed:      7/16/07<br>Answer Filed/Served: 8/16/07<br>Trial Date:           Not Yet Set |

To Plaintiff George Sliter And His Attorney Of Record:

**Please Take Notice** that on October 12, 2007, Defendant Electric Power Research Institute filed a Notice of Removal of this action in the United States District Court for the Northern District of California.  This Notice of Removal removes the above-captioned matter from the Superior Court of California, Santa Clara County to the United States District Court for the Northern District of California.

Dated: October 12, 2007

COOLEY GODWARD KRONISH

By: /s/ Eric A. Kauffman
    Eric A. Kauffman

Attorneys for Defendant
ELECTRIC POWER RESEARCH INSTITUTE

761197 v1/PA

-1-

NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE U.S. DISTRICT COURT

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. My e-mail address is harrisjl@cooley.com. On the date set forth below I served the documents described below in the manner described below:

**Notice to Plaintiff of Removal of Civil Action to the U.S. District Court**

[X] (BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

[ ] (BY MESSENGER SERVICE – CCP § 1011) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ] (BY ELECTRONIC MAIL – CCP § 1010.6(a)(6)) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

on the following part(ies) in this action:

///

///

761215 v1/PA                                    1.

**PROOF OF SERVICE**

Cooley Godward
Kronish LLP
Attorneys At Law
Palo Alto

1   Dennis L. Kennelly, Esq.
    Law Office of Dennis L. Kennelly
2   1030 Curtis Street, Suite 200
    Menlo Park, CA 94025
3   (650) 853-1291
    (650) 854-7839
4   Email: secretarymim@aol.com
5   Counsel for Plaintiff George Sliter

6   I declare under penalty of perjury under the laws of the State of California that the above
7   is true and correct.
8   Executed on October 1‎2, 2007, at Palo Alto, California.

                                                    _____
                                                            Johanna L. Harris

761215 v1/PA                              2.

**PROOF OF SERVICE**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO