```
1  COOLEY GODWARD KRONISH LLP
   GREGORY C. TENHOFF (154553)
2  ERIC A. KAUFFMAN (224612)
   Five Palo Alto Square
3  3000 El Camino Real
   Palo Alto, CA  94306-2155
4  Telephone:    (650) 843-5000
   Facsimile:    (650) 849-7400
5
   Attorneys for Defendant
6  ELECTRIC POWER RESEARCH INSTITUTE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE OFFICE

C07 05229 PVT

| | |
|---|---|
| GEORGE E. SLITER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELECTRIC POWER RESEARCH INSTITUTE, a California not-for-profit Corporation, and DOES 1 through 8, inclusive,<br><br>　　　　　Defendant. | Santa Clara County Superior Court Case No. 107CV089965<br><br>**DEFENDANT ELECTRIC POWER RESEARCH INSTITUTE'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**<br><br>Complaint Filed:　　7/16/07<br>Answer Filed/Served:　8/16/07<br>Trial Date:　　　　　Not Yet Set |

**To Plaintiff George Sliter and His Attorney Of Record and To the Clerk of the Above-Entitled Court:**

　　　Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant Electric Power Research Institute, certifies that as of this date, there is no such interest to report.

Dated: October 12, 2007

　　　　　　　　　　　　　　　　　COOLEY GODWARD KRONISH

　　　　　　　　　　　　　　　　　By: /s/ Eric A. Kauffman
　　　　　　　　　　　　　　　　　　　　Eric A. Kauffman

　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　ELECTRIC POWER RESEARCH INSTITUTE

761209 v1/PA

-1-

DEFENDANT'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LR 3-16