COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
ERIC A. KAUFFMAN (224612)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
ELECTRIC POWER RESEARCH INSTITUTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. SLITER,<br><br>    Plaintiff,<br><br>    v.<br><br>ELECTRIC POWER RESEARCH INSTITUTE, a California not-for-profit Corporation, and DOES 1 through 8, inclusive,<br><br>    Defendant. | No. C07 05229 PVT<br><br>Santa Clara Superior Court Case No. 107CV089965<br><br>**CERTIFICATE OF SERVICE BY MAIL RE: NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(B) AND SUPPORTING DOCUMENTS**<br><br>Complaint Filed: 7/16/07<br>Trial Date: Not Yet Set |

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. My e-mail address is harrisjl@cooley.com. On the date set forth below I served the documents described below in the manner described below:

    1.    **Civil Cover Sheet**

    2.    **Notice of Removal of Civil Action Under 28 U.S.C. § 1441(b)**

761212 v1/PA      -1-

3.   **Defendant's Disclosure of Non-Party Interested Entities or Persons Pursuant to Local Rule 3-16**

☒ (BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

☐ (BY MESSENGER SERVICE – CCP § 1011) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

☐ (BY ELECTRONIC MAIL – CCP § 1010.6(a)(6)) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

on the following part(ies) in this action:

Dennis L. Kennelly, Esq.
Law Office of Dennis L. Kennelly
1030 Curtis Street, Suite 200
Menlo Park, CA 94025
(650) 853-1291
(650) 854-7839
Email: secretarymim@aol.com
Counsel for Plaintiff George Sliter

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 12, 2007, at Palo Alto, California.

_____
Johanna L. Harris

761212 v1/PA

-2-

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT AND RELATED PAPERS**