| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
|   | GREGORY C. TENHOFF (154553) |
| 2 | ERIC A. KAUFFMAN (224612) |
|   | Five Palo Alto Square |
| 3 | 3000 El Camino Real |
|   | Palo Alto, CA 94306-2155 |
| 4 | Telephone:   (650) 843-5000 |
|   | Facsimile:    (650) 849-7400 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | ELECTRIC POWER RESEARCH INSTITUTE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE OFFICE

| | |
|---|---|
| GEORGE E. SLITER, | No. C-07-05229 PVT |
| Plaintiff, | Santa Clara Superior Court Case No. 107CV089965 |
| v. | **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT AND RELATED PAPERS** |
| ELECTRIC POWER RESEARCH INSTITUTE, a California not-for-profit Corporation, and DOES 1 through 8, inclusive, | |
| Defendant. | Complaint Filed:  7/16/07 |
| | Trial Date:            Not Yet Set |

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. My e-mail address is harrisjl@cooley.com. On the date set forth below I served the documents described below in the manner described below:

    **1.**    **Notice to Plaintiff of Removal of Civil Action to the U.S. District Court**

761210 v1/PA                                            -1-

2.  Notice to Superior Court of Removal of Civil Action to the U.S. District Court (w/attached Notice of Removal of Civil Action Under 28 U.S.C. § 1441(b) filed with the U.S. District court, Northern District of California on October 12, 2007)

3.  Order Setting Initial Case Management Conference and ADR and Assignment to Judge Patricia V. Trumbull.

4.  Notice entitled "Welcome to the U.S. District Court"

[X] (BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

[ ] (BY MESSENGER SERVICE – CCP § 1011) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ] (BY ELECTRONIC MAIL – CCP § 1010.6(a)(6)) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

on the following part(ies) in this action:

Dennis L. Kennelly, Esq.
Law Office of Dennis L. Kennelly
1030 Curtis Street, Suite 200
Menlo Park, CA 94025
(650) 853-1291
(650) 854-7839
Email: secretarymim@aol.com
Counsel for Plaintiff George Sliter

1     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on October 12, 2007, at Palo Alto, California.

_____
Johanna L. Harris