LAW OFFICE OF DENNIS L. KENNELLY
DENNIS L. KENNELLY, No. 064916
1030 Curtis Street, Suite 200
Menlo Park, CA 94025
Telephone:  650/853-1291
Facsimile:   650-365-854-7839

Attorney for Plaintiff
GEORGE E. SLITER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE OFFICE

|  |  |
|---|---|
| GEORGE E. SLITER, | Case No.: C-07-05229 PVT |
| Plaintiff, | Santa Clara Superior Court Cas No. 107CB089965 |
| v. | **PLAINTIFF'S JURY TRIAL DEMAND** |
| ELECTRIC POWER RESEARCH INSTITUTE, A California not-for-profit Corporation, DOES 1 through 8, inclusive, | |
| Defendants. | |

Plaintiff George E. sliter hereby demands Trial by Jury on all Causes of Action on which it is permissible under the above-captioned Action.

Dated: October 18, 2007

_____s/s_____
DENNIS L. KENNELLY
Attorney for Plaintiff GEORGE E. SLITER

PLAINTIFF'S JURY TRIAL DEMAND

1

**Sliter v. Electric Power Research Institute**
CC-07-05229 PVT
Santa Clara Superior Court Case No. 107CV089965

**PROOF OF SERVICE**
(Business Practice to Entrust Deposit to Others)
(C.C.P. Section 1013a(3))

I, Miriam Hughes, declare:

I am employed in the County of San Mateo, California. I am over the age of 18 years, and not a party to the within action. My business address is 483 Seaport Court, Suite 103, Redwood City, California 94063.

On the date stated below, at my place of business at Redwood City, California, I caused to be served, in the manner indicated below, the within: **PLAINTIFF'S JURY TRIAL DEMAND** on the interested parties in said action by placing true copies thereof, enclosed in a sealed envelope, addressed as follows:

Gregory C. Tenhoff, Esq.
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
San Francisco, CA 941212
Telephone:  6650.843.5000
Facsimile:   650.849.7400

__X__ (BY REGULAR MAIL) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. Mail at Redwood City, California.

_____ (BY CERTIFIED MAIL-RETURN RECEIPT REQUESTED) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. Mail at Redwood City, California.

_____ (BY FEDERAL EXPRESS OVERNIGHT MAIL) I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

_____ (BY PERSONAL DELIVERY) I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

_____ (BY FACSIMILE) I served the foregoing documents by facsimile transmission to the number shown above for each interested party, pursuant to California Rules of Court Section 2003(3) and no notice of error was received.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 28, 2007 in the City of Redwood City, County of San Mateo, California.

_____
Miriam Hughes

PROOF OF SERVICE

1