COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
ERIC A. KAUFFMAN (224612)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
ELECTRIC POWER RESEARCH INSTITUTE

LAW OFFICE OF DENNIS L. KENNELLY
Dennis L. Kennelly (064916)
1030 Curtis Street, Suite 200
Menlo Park, CA 94025
Telephone: (650) 853-1291
Facsimile: (650) 854-7839

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| GEORGE E. SLITER,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRIC POWER RESEARCH INSTITUTE, a California not-for-profit Corporation, and DOES 1 through 8, inclusive,<br><br>Defendant. | No. C-07-05229 PVT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 7/16/07<br>Trial Date: Not Yet Set |

Plaintiff George E. Sliter and Defendant Electric Power Research Institute, by their respective counsel, hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

///

///

762695 v1/PA                                             -1-

1  Dated: November 13 2007

COOLEY GODWARD KRONISH LLP

*/s/ Gregory C. Tenhoff*
Gregory C. Tenhoff
Attorneys for Defendant
ELECTRIC POWER RESEARCH INSTITUTE

6  Dated: November __, 2007

LAW OFFICE OF DENNIS L. KENNELLY

*/s/ Dennis L. Kennelly*
Dennis L. Kennelly
Attorney for Plaintiff
George E. Sliter